IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| PATRICIA SAPP, | § | |
| | § | |
| Plaintiff, | § | |
| | § | CIVIL ACTION NO. |
| v. | § | |
| | § | 3:06-CV-1018-P |
| CWS APARTMENT HOMES, L.L.C., | § | |
| ET AL., | § | |
| | § | |
| Defendants. | § | |

_____

| | | |
|---|---|---|
| JOSH WHITAKER, MONIQUE | § | |
| JANNETTE and LESLIE GREER, | § | |
| | § | |
| Plaintiffs, | § | CIVIL ACTION NO. |
| | § | |
| v. | § | 3:03-CV-0411-P |
| | § | |
| WEST VILLAGE LIMITED | § | **CLASS ACTION** |
| PARTNERSHIP and PPC/IMA | § | |
| INTOWN VILLAGE LIMITED | § | |
| PARTNERSHIP, ET AL., | § | |
| | § | |
| Defendants/Cross-Claimants/Third-Party Plaintiffs, | § | |
| | § | |
| v. | § | |
| | § | |
| DALMAC CONSTRUCTION CO., | § | |
| | § | |
| Defendant/Cross-Defendant. | § | |

STIPULATION OF DISMISSAL - Page 1

## STIPULATION OF DISMISSAL

Comes now Defendants/Cross-Claimants/Third-Party Plaintiffs West Village Limited Partnership and PPC/IMA Intown Village Limited Partnership and Defendant/Cross-Defendant DalMac Construction Co. in the above referenced action and pursuant to Rule 41(a)(1), Federal Rules of Civil Procedure file this Stipulation of Dismissal without prejudice as the Defendants/Cross-Claimants/Third-Party Plaintiffs West Village, et al., no longer desire to pursue their claim. It is therefore

ORDERED, ADJUDGED and DECREED that the above referenced cause of action is hereby dismissed without prejudice in all respects.

SIGNED this the 21st day of December, 2007.

_____
JORGE A. SOLIS
UNITED STATES DISTRICT JUDGE

**AGREED AS TO FORM & CONTENT:**

| /s/ Edward B. Cloutman, III | /s/ J. Keith Webb by permission/ebc |
|---|---|
| Edward B. Cloutman, III | J. Keith Webb |
| (Bar No. 044 110 00) | (Bar No. 007 918 92) |
| Law Offices of | Miller & McCarthy, P.C. |
|     Edward B. Cloutman, III | Turtle Creek Centre |
| 3301 Elm Street | 3811 Turtle Creek Blvd., Suite 1950 |
| Dallas, Texas  75226-2562 | Dallas, Texas  75219 |
| (214) 939-9222 | (469) 916-2552 |
| (214) 939-9229 (Telecopier) | (469) 916-2555 (Telecopier) |
| | |
| COUNSEL FOR DEFENDANTS/CROSS- WEST VILLAGE, ET AL. | COUNSEL FOR DEFENDANT CROSS-DEFENDANT DALMAC CONSTRUCTION CO. |