IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| JOSH WHITAKER, MONIQUE JANNETTE, AND LESLIE GREER, § § § **Plaintiffs,** § § v. § § **WEST VILLAGE LIMITED PARTNERSHIP** *et al.,* § § § **Defendants.** § | CIVIL ACTION NO. 3:03-CV-0411-P |

## ORDER

The Order of August 24, 2007 transferring this matter to the docket of the Honorable Wm. F. Sanderson, Jr. is VACATED.

**IT IS SO ORDERED.**

Signed this 21st day of December 2007.

_____
JORGE A. SOLIS
UNITED STATES DISTRICT JUDGE