IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JOSH WHITAKER, MONIQUE JANNETTE and LESLIE GREER, | § § § | |
| Plaintiffs, | § § | CIVIL ACTION NO. |
| v. | § § | 3:03-CV-0411-P |
| WEST VILLAGE LIMITED PARTNERSHIP and PPC/IMA INTOWN VILLAGE LIMITED PARTNERSHIP, ET AL., | § § § § § § | **CLASS ACTION** |
| Defendants/Cross-Claimants/Third-Party Plaintiffs. | § | |

_____

| | | |
|---|---|---|
| PATRICIA SAPP, | § § | |
| Plaintiff, | § § | CIVIL ACTION NO. |
| v. | § § | 3:06-CV-1018-P |
| CWS APARTMENT HOMES, L.L.C., ET AL., | § § § | |
| Defendants. | § | |

## **ORDER**

Came on for consideration the Eighth Supplemental Joint Status Report of the Parties regarding the progress on settlement or the result of mediation. The Court hereby directs the Parties to mediate this case within the next thirty (30) days. If the Parties cannot agree

ORDER - Page 1

on a mediator, they must notify the Court, which will assign a mediator to the case. The Court hereby grants the Parties an additional thirty (30) days from this date to resolve this dispute.

IT IS THEREFORE ORDERED, ADJUDGED and DECREED that the parties are hereby instructed to submit a supplementation to their Eighth Supplemental Joint Status Report to the Court on or before April 9, 2010.

SIGNED this the 10th day of March 2010.

_____
JORGE A. SOLIS
UNITED STATES DISTRICT JUDGE