IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JOSH WHITAKER, MONIQUE JANNETTE and LESLIE GREER, | § § § | |
| Plaintiffs, | § § | CIVIL ACTION NO. |
| v. | § § | 3:03-CV-0411-P |
| WEST VILLAGE LIMITED PARTNERSHIP and PPC/IMA INTOWN VILLAGE LIMITED PARTNERSHIP, ET AL., | § § § § § § | **CLASS ACTION** |
| Defendants/Cross-Claimants/Third-Party Plaintiffs. | § | |

_____

| | | |
|---|---|---|
| PATRICIA SAPP, | § § | |
| Plaintiff, | § § | CIVIL ACTION NO. |
| v. | § § | 3:06-CV-1018-P |
| CWS APARTMENT HOMES, L.L.C., ET AL., | § § § | |
| Defendants. | § | |

## ORDER

In light of the Parties' Ninth Supplemental Joint Status Report, the Court hereby instructs

the Parties as follows:

Each Party is instructed to file a brief setting forth its discussions of the two remaining

issues for resolution no later than April 30, 2010.  Responses, if any, may be filed no later than

1

May 10.  The Court will not accept the filing of any reply briefs without a showing of good

cause.

It is SO ORDERED, this 12th day of April 2010.


_____
JORGE A. SOLIS
UNITED STATES DISTRICT JUDGE