IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JOSH WHITAKER, MONIQUE JANNETTE, AND LESLIE GREER, | § § § § § | |
| Plaintiffs, | § § | |
| v. | § § | CIVIL ACTION NO. 3:03-CV-0411-P |
| WEST VILLAGE LIMITED PARTNERSHIP *et al.*, | § § § § | |
| Defendants. | § § § | |
| v. | § § | |
| BROCKETTE-DAVIS-DRAKE, INC and ARMSTRONG BERGER, INC. | § § § § | |
| Third Party Defendants. | § | |

## ORDER RESCHEDULING STATUS CONFERENCE

The status conference is rescheduled for **WEDNESDAY, MARCH 9, 2011 at 10:00 a.m.**

**IT IS SO ORDERED.**

Signed this 18th day of February, 2011.

*/s/ Jorge A. Solis*

JORGE A. SOLIS
UNITED STATES DISTRICT JUDGE