IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JOSH WHITAKER, MONIQUE JANNETTE and LESLIE GREER, | § § § | |
| Plaintiffs, | § § | CIVIL ACTION NO. |
| v. | § § | 3:03-CV-0411-P |
| WEST VILLAGE LIMITED PARTNERSHIP and PPC/IMA INTOWN VILLAGE LIMITED PARTNERSHIP ET AL., | § § § § § § | CLASS ACTION |
| Defendants/Cross-Claimants/Third-Party Plaintiffs. | § | |

| | | |
|---|---|---|
| PATRICIA SAPP, | § § | |
| Plaintiff, | § § | CIVIL ACTION NO. |
| v. | § § | 3:06-CV-1018-P |
| CWS APARTMENT HOMES, L.L.C., ET AL., | § § § | |
| Defendants. | § | |

## ORDER

On March 9, 2011, the Court held a status conference in these cases. At the conference, the Parties agreed to file a status report with the Court no later than March 31, 2011. To date, no status report has been filed.

The Court instructs the Parties to submit their status report within ten (10) days from the date of this order.

It is SO ORDERED, this 13th day of April 2011.

JORGE A. SOLIS
UNITED STATES DISTRICT JUDGE